## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **DEANA BOSBYSHELL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL NO. 4:15-cv-00229** |
| | § | |
| **GENERAL INSURANCE COMPANY** | § | |
| **OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Deana Bosbyshell ("Plaintiff") and Defendant General Insurance Company of America ("Defendant") (collectively, the "Parties") file this Stipulation of Dismissal, and in support thereof would respectfully show the Court as follows:

On August 20, 2015, Plaintiff filed her First Amended Complaint **[Dkt. No. 7]**, stipulating that she is seeking no more than $30,000.00 in this matter. Thus, Plaintiff admits that this Court lacks subject matter jurisdiction over her claims.  There is no pled counterclaim and the stipulation is signed by all Parties that have appeared.

Accordingly, Plaintiff and Defendant now request that this lawsuit, including all claims asserted or that could have been asserted against Defendant at this time, be dismissed without prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the above-styled and numbered case be dismissed without prejudice, with costs of Court to be taxed against the party incurring same.

Respectfully submitted,


/s/ M. Forest Nelson
M. FOREST NELSON
SBN: 14904625
**BURT BARR & ASSOCIATES, L.L.P.**
P.O. BOX 223667
DALLAS, TEXAS 75222-3667
(214) 943-0012 TELEPHONE
(214) 943-0048 FACSIMILE
fnelson@bbarr.com

GREGG PRICE
SBN: 16283900
**PRICE LAW OFFICE**
P.O. BOX 307
SULPHUR SPRINGS, TEXAS 75483
903.885.3139 TELEPHONE
903.885.9250 FACSIMILE
gregg@greggprice.com

**ATTORNEYS FOR PLAINTIFF**
**DEANA BOSBYSHELL**

/s/ Mark D. Tillman
MARK TILLMAN (Lead Attorney)
State Bar No. 00794742
ELIZABETH D. KNIGHT
State Bar No. 24065566
**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail:  mark.tillman@tb-llp.com
E-mail:  elizabeth.knight@tb-llp.com

**ATTORNEYS FOR DEFENDANT**
**GENERAL INSURANCE COMPANY**
**OF AMERICA**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served upon Plaintiff's counsel on September 22, 2015, via the Court's eFiling service and/or facsimile in accordance with the Federal Rules of Civil Procedure:

M. FOREST NELSON
SBN: 14904625
**BURT BARR & ASSOCIATES, L.L.P.**
P.O. BOX 223667
DALLAS, TEXAS 75222-3667
(214) 943-0012 TELEPHONE
(214) 943-0048 FACSIMILE
fnelson@bbarr.com

GREGG PRICE
SBN: 16283900
**PRICE LAW OFFICE**
P.O. BOX 307
SULPHUR SPRINGS, TEXAS 75483
903.885.3139 TELEPHONE
903.885.9250 FACSIMILE
gregg@greggprice.com

**ATTORNEYS FOR PLAINTIFF DEANA BOSBYSHELL**


*/s/ Mark D. Tillman*
MARK D. TILLMAN

---