IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DEANA BOSBYSHELL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. 4:15-cv-00229 |
| | § | |
| **GENERAL INSURANCE COMPANY** | § | |
| **OF AMERICA,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ON PARTIES' STIPULATION OF DISMISSAL

This Court has considered the Stipulation of Dismissal (the "Stipulation") filed by Deana Bosbyshell (Plaintiff) and General Insurance Company of Indiana ("Defendant") (collectively, the "Parties") in the above-entitled case.  After considering the Stipulation, the pleadings and papers on file, and the arguments of counsel, it is therefore **ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED,** without prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to CLOSE this civil action.

IT IS SO ORDERED.

SIGNED this 5th day of November, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE